UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| XIUMING ZHANG,<br>Petitioner,<br>v.<br>BRUCE SCOTT, et al.,<br>Respondent. | CASE NO. 2:26-cv-04192-BAT<br>**ORDER** |

The Court has received Respondents' notice of intent to remove indicating that they intend to remove Petitioner from the United States in November 2026. Dkts. 10, 10-1. The Court therefore DIRECTS Petitioner, if she intends to oppose, to either (1) to renew her emergency motion for a temporary restraining order (TRO), Dkt. 2; or (2) to file a new motion for a TRO, by 3:00 p.m., November 4, 2026.

DATED this 4th day of November, 2026.

BRIAN A. TSUCHIDA
United States Magistrate Judge