UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

XIUMING ZHANG,

Petitioner,

v.

BRUCE SCOTT, et al.,

Respondent.

CASE NO. 2:26-cv-04192-BAT

**ORDER PROVISIONALLY GRANTING MOTION FOR TEMPORARY RESTRAINING ORDER AND DIRECTING BRIEFING**

This is a federal habeas action brought under 28 U.S.C. § 2241. This matter comes before the Court on Petitioner's Motion for Temporary Restraining Order (TRO). *See* Dkt. 12. Petitioner asserts that she has been notified her removal is imminent, an assertion confirmed by a Notice of Intent to Remove filed by Respondents in this matter on November 3, 2026, advising that U.S. Immigration and Customs Enforcement ("ICE") intends to remove Petitioner to China in November. Dkt. 10. Petitioner's motion raises serious questions going to the merits of her claims that her detention and potential removal from the United States violate due process. *See* Dkt. 9; *All. for the Wild Rockies v. Cottrell*, 632 F.3d 1127, 1131 (9th Cir. 2011) (discussing the "sliding scale" approach to preliminary injunctive relief). Therefore, to preserve the Court's jurisdiction over this matter pending resolution of the merits of Petitioner's claims, the Court will provisionally enjoin Petitioner's transfer or removal from the Western District of Washington

until further order of the Court. *See A.A.R.P. v. Trump*, 605 U.S. 91, 97 (2025) (Federal courts have "the power to issue injunctive relief to prevent irreparable harm to the applicants and to preserve . . . jurisdiction over the matter."). Accordingly, the Court herein ORDERS that:

(1) Petitioner's motion for TRO, Dkt. 12, is provisionally GRANTED.

(a) Respondents are PROHIBITED from removing Petitioner from the United States or this jurisdiction—the Western District of Washington—without further order of this Court.

(2) The Court sets the following briefing schedule for the TRO:

(a) Respondents shall respond to the motion for TRO by **November 9, 2026**.

(b) Petitioner shall file a reply no later than **November 11, 2026**.

DATED this 4th day of November 2026.

BRIAN A. TSUCHIDA
United States Magistrate Judge